# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBIN D. ANDERSON,** | CIVIL ACTION NO. 1:15-CV-382 |
| Plaintiff | (Chief Judge Conner) |
| v. | |
| **PA STATE POLICE,** *et al.,* | |
| Defendants | |

## ORDER & JUDGMENT

AND NOW, this 19th day of April, 2018, upon consideration of the report (Doc. 94) of Magistrate Judge William I. Arbuckle recommending that the court grant defendants' motions (Docs. 62, 64) for summary judgment on grounds of *res judicata* and collateral estoppel and on the merits to the extent plaintiff's claims are not precluded, and it appearing that neither the plaintiff nor any defendant has objected to the report, see FED. R. CIV. P. 72(b)(2), and the court noting that failure to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should "afford some level of review to dispositive legal issues raised by the report," Henderson, 812 F.2d at 878; see also Taylor v. Comm'r of Soc. Sec., 83 F. Supp. 3d 625, 626 (M.D. Pa. 2015) (citing Univac Dental Co. v. Dentsply Int'l, Inc., 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010)), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following an independent review of the

record, the court in agreement with Judge Arbuckle's recommendation, and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 94) of Magistrate Judge Arbuckle is ADOPTED.

2. Defendants' motions (Docs. 62, 64) for summary judgment are GRANTED.

3. Judgment is ENTERED in favor of defendants and against plaintiff on all counts.

4. The Clerk of Court is DIRECTED to close this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania